IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVIS MCCULLOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  3:11-cv-849-TMH |
| | ) [wo] |
| DET. MIKE RODGERS, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On November 6, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 56).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

DONE this 13th day of December, 2013.

  /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE